**Albert J. DAVIS, Appellant,**

v.

**Francis J. HARVEY, Secretary of the Army, Appellee.**

No. 05–3171.

United States Court of Appeals, Eighth Circuit.

Submitted: Sept. 5, 2006.

Filed: Sept. 12, 2006.

---

James Robert Filyaw, Fort Smith, AR, for Appellant.

Larry Reed McCord, Deborah J. Groom, Asst. U.S. Attorney, U.S. Attorney's Office, Fort Smith, AR, for Appellee.

Before RILEY, COLLOTON, and GRUENDER, Circuit Judges.

[UNPUBLISHED]

PER CURIAM.

Albert Davis appeals the district court's[1] adverse grant of summary judgment in his employment-discrimination action against his employer, the Department of the Army (DOA). Having carefully considered each of Davis's arguments on appeal, *see Kasper v. Federated Mut. Ins. Co.*, 425 F.3d 496, 502 (8th Cir.2005) (de novo standard of review), we agree with the district court that Davis failed to establish that the DOA's proffered legitimate, nondiscriminatory reason for its decision not to promote him—that the hiree received a higher interview score and possessed better skills for the job-were pretextual. *See Gilooly v. Mo. Dep't of Health & Senior Servs.*, 421 F.3d 734, 739 (8th Cir.2005) (burden-shifting analysis). Accordingly, we affirm. *See* 8th Cir. R. 47B.

---

1. The Honorable Robert T. Dawson, United States District Judge for the Western District of Arkansas.